1546

FILED

SEP 0 1 2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-186 |
| | ) | |
| v. | ) | (42 U.S.C. §§ 1383a(a)(2) and (a)(3)) |
| | ) | |
| TAMMY PHILLIPS | ) | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

From on or about September 13, 2019, through on or about November 18, 2025, in the Western District of Pennsylvania, the defendant, TAMMY PHILLIPS, in a matter within the jurisdiction of the Social Security Administration ("SSA"), having knowledge of the occurrence of an event affecting her continued right to receive payment of Supplemental Security Income ("SSI") benefits, concealed and failed to disclose such event with the intent to fraudulently secure such benefits, specifically, the defendant, TAMMY PHILLIPS, concealed and failed to disclose that she was married.

In violation of Title 42, United States Code, Section 1383a(a)(3).

**COUNT TWO**

The grand jury further charges:

On or about December 20, 2024, in the Western District of Pennsylvania, the defendant, TAMMY PHILLIPS, knowingly and willfully made and caused to be made a false statement and representation of a material fact for use in determining rights to benefits under Subchapter XVI of Chapter 7, Title 42, United States Code, that is, Supplemental Security Income for Aged, Blind, and Disabled, in that the defendant, TAMMY PHILLIPS, asserted that she was not and had never been married, whereas, as she then and there knew, she was married on or about September 13, 2019, and continued to be married through at least December 20, 2024.

In violation of Title 42, United States Code, Section 1383a(a)(2).

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

WILLIAM B. GUAPPONE
Assistant United States Attorney
NC ID No. 46075